IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01379-WYD-MEH

SUZETTE C. SMITH, n/k/a Suzette C. Woodward, Personal Representative of the Estate of Rosemary L. Smith, deceased,

    Plaintiff,

v.

RAYTHEON COMPANY, a Delaware corporation;
UNITED HEALTH CARE, a United Health Care Group Company; and
AMERITRUST COMPANY, National Association, Trustee of the E-System, Inc. Executive Retirement Fund,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the parties Stipulated Motion for Partial Dismissal of Claims with Prejudice, filed October 24, 2008 (docket #14). Having considered the motion and the premises therein, it is hereby

ORDERED that the Stipulated Motion for Partial Dismissal of Claims with Prejudice, filed October 24, 2008 (docket #14) is **GRANTED**. It is

FURTHER ORDERED that Count II of the Complaint is **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that any claims for bad faith failure to pay pension benefits are **DISMISSED WITH PREJUDICE** each party to bear their own attorney fees and costs regarding such claims.

Dated: October 31, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge