IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01379-WYD-MEH

SUZETTE C. SMITH, n/k/a Suzette C. Woodward, Personal Representative of the Estate of Rosemary L. Smith, deceased,

    Plaintiff,

v.

RAYTHEON COMPANY, a Delaware corporation;
UNITED HEALTH CARE, a United Health Care Group Company; and
AMERITRUST COMPANY, National Association, Trustee of the E-System, Inc. Executive Retirement Fund,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Stipulated Motions to Dismiss Partial Claim (docket #6, 7) are **DENIED AS MOOT**, as the motions are the same motion that has been filed three times by the Plaintiff.

    Dated: October 31, 2008