IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01379-WYD-MEH

SUZETTE C. SMITH, n/k/a Suzette C. Woodward, Personal Representative of the Estate of Rosemary L. Smith, deceased,

    Plaintiff,

v.

RAYTHEON COMPANY, a Delaware corporation;
UNITED HEALTH CARE, a United Health Care Group Company; and
AMERITRUST COMPANY, National Association, Trustee of the E-System, Inc. Executive Retirement Fund,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties Stipulated Motion to Dismiss With Prejudice, filed December 17, 2008 (docket #32). Having considered the motion and the premises therein, it is hereby

ORDERED that the Stipulated Motion to Dismiss With Prejudice, filed December 17, 2008 (docket #32) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to bear their own costs and attorneys fees.

Dated: December 23, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge